**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 28 MM 2021
                                       :
                Respondent        :
                                       :
                                     :
         v.                        :
                                       :
                                     :
HAINAN CHANG,                   :
                                     :
                Petitioner        :

## ORDER

**PER CURIAM**

      **AND NOW**, this 6th day of May, 2021, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.